UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60228-CIV-SEITZ/O'SULLIVAN

MARK R. KROLL,

    Plaintiff,

v.

AL LAMBERTI, in his official Capacity as
SHERIFF OF BROWARD COUNTY,
a constitutional officer of The State of Florida,

    Defendant.
_____/

### ORDER

THIS MATTER comes before the Court on the Defendant, Al Lamberti, in His Official Capacity as Sheriff of Broward County's, Motion for Sanctions Pursuant to Rule 11 and Incorporated Memorandum of Law (DE # 43, 4/9/10). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that on or before **Monday, April 19, 2010**, the defendant shall file a complete copy of the fax attached as an exhibit to the instant motion.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **12th** day of April, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All Counsel of Record